**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7014**

HECTOR MOREL,

        Petitioner - Appellant,

    v.

U.S. PAROLE COMMISSION,

        Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (7:12-cv-00210-JLK)

Submitted: September 11, 2012    Decided: September 14, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Hector Morel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Morel appeals the district court's order dismissing his petition for a writ of mandamus pursuant to 28 U.S.C. § 1915A (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. Morel v. U.S. Parole Comm'n, No. 7:12-cv-00210-JLK (W.D. Va. May 29, 2012) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2